UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE: : CHAPTER 13
JOHNNY RAY MOORE : CASE NO. 19-51257-JAM
:
    Debtor : November 7, 2019

**TRUSTEE'S OBJECTIONS TO PROPERTY CLAIMED AS EXEMPT**

To the above captioned Debtor, her attorney of record, and all other parties in interest:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the trustee, pursuant to 11 U.S.C. Section 522(1), objects to the Debtor's claimed exemptions in all property listed in his schedules.

As grounds for objection, the trustee states that:

1.    As to all assets in which the Debtor claims an exemption of "100% of fair market value," the Trustee objects to any exemption in excess of the maximum allowable exemption.   The Trustee objects in order to stave off any perception that the Debtor might claim the entire asset exempt, even if its value exceeded the maximum statutory exemption.   In matter of Ayobami, 879 F.3d 152, 155 (5th Cir. 2018).

2.    "[A]n interested party must object to a claimed exemption if the amount the debtor lists as the 'value claimed exempt' is not within statutory limits."  *Schwab v. Reilly,* 130 S.Ct. 2652, 2667 (2010).   This Court wrote, discussing *Taylor v. Freeland & Kronz,* 503 U.S. 638, 112 S.Ct. 1644, 118 L.Ed.2d 280 (1992): "In *Taylor,* the debtor claimed as exempt the 'Proceeds from lawsuit--v. TWA', *id.* at 640, 112 S.Ct. at 1646, and thereby laid claim, with fair notice, to *all* of the proceeds of such lawsuit *regardless of the actual and resulting value of such proceeds."*   *In re DeSoto*, 181 B.R. 704, 707 (Bkrtcy.D.Conn.1995).

WHEREFORE, the trustee objects to the Debtor's claimed exemption of the Property under 11 U.S.C. Section 522.

/s/ Roberta Napolitano
Roberta Napolitano tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHNNY RAY MOORE | : CASE NO. 19-51257-JAM |
| | : |
| Debtor | : |

**Order Disallowing Debtor's Exemption**

Upon the Trustee's Objection to the Debtor's Claim of Exemptions, ECF No. _____, as set forth in the Debtor's schedules, having been heard by the Court after notice, it is hereby

ORDERED, that the Debtor's Claim of Exemptions as to is hereby disallowed pursuant to 11 U.S.C. §522(l).