**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOHNNY | RAY | MOORE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Connecticut

Case number: 19-51257
(If known)

FILED
2019 DEC -5 A 9: 31
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Primary Residence<br>Line from Schedule A/B: 1.1 | $ _____ | ☒ $ 23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(1) |
| Brief description: Motor Vehicles<br>Line from Schedule A/B: 3.1 | $ _____ | ☒ $ 3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(2) |
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $ _____ | ☒ $ 12,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 2

Debtor 1 JOHNNY RAY MOORE Case number (if known) 19-51257
First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Wild Card <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ 11,850.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(5) |
| Brief description: Tools of the Trade <br> Line from Schedule A/B: ——— | $ _____ | ☑ $ 2,375.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(6) |
| Brief description: Jewelry <br> Line from Schedule A/B: 12 | $ _____ | ☐ $ 1,600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(4) |
| Brief description: Personal Injury <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ 15,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | USC Section 522(d)(11) |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ——— <br> Line from Schedule A/B: ——— | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 2 of 2

Fill in this information to identify your case:

Debtor 1 __Johnny__ __Ray__ __Moore__
          First Name     Middle Name     Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of __Connecticut__

Case number __19-51257__
(If known)

FILED
2019 DEC -5 A 9: 17
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Johnny Ray Moore      X _____
Signature of Debtor 1                   Signature of Debtor 2

Date 12/5/2019      Date _____
     MM / DD / YYYY           MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules