UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT BRIDGEPORT

FILED
2019 DEC -9 P 1: 02
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JOHNNY RAY MOORE | : | CASE NO. 19-51257 JAM |
| | : | |
| DEBTOR | : | December 9, 2019 |

### APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

The Application of Johnny Ray Moore, ("Debtor"), respectfully represents:

1. On September 20, 2019, Johnny Ray Moore ("Debtor"), filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code (hereinafter the "Bankruptcy Code").

2. The Debtor desires to employ the law offices of Cohen and Wolf, PC as counsel to assist the Debtor in an action for personal injury. The Debtor has selected the law offices of Cohen and Wolf, PC because of the firm's knowledge of actions for personal injury and because he believes that such firm is well-qualified to represent the Debtor.

3. The professional services that the law offices of Cohen and Wolf, PC has rendered and will render in the future include appearance, prosecution and prosecuting the Applicant's interests in the above-referenced claim, and to advise and consult with the Applicant concerning questions arising in the conduct of the above-referenced action as to the personal injury matter only.

4. It is necessary for the Debtor to employ an attorney to render such professional services.

5. To the best of the Debtor's knowledge, the law offices of Cohen and Wolf, PC represents no interest adverse to the Debtor or the estate regarding the matters upon which it is to be engaged, and is a disinterested party as defined in Section 101(14) of the Bankruptcy Code.

Employment of said firm would be in the best interest of the estate in reference to the personal injury matter only.

6. Applicant desires to employ the law offices of Cohen and Wolf, PC and that said firm by and through Attorney Johnpatrick O'Brien of Cohen and Wolf, PC will seek compensation based upon a contingency fee basis of 33-1/3 percent in accordance with C.G.S. §52-251c, plus reimbursement of reasonable out of pocket costs and expenses. Subject to approval of the Court, the Applicant has agreed to compensate the law offices of Cohen and Wolf, PC and the law offices of Cohen and Wolf, PC agrees to seek approval from the Court for its fees, its expenses, charges and disbursements.

7. Cohen and Wolf, PC agrees and acknowledges that:

a) It does not have authority to settle any litigation for the Debtor and that any settlement proposal must be presented, through the Debtor, to the Bankruptcy Court and is not settled until the Bankruptcy Courts enters an Order approving the settlement;

b) Upon the receipt of the proceeds from either a judgment or settlement that it does not have the authority to disperse the proceeds but must hold the proceeds in its client funds account for disbursement only upon entry of an Order of the Court approving the disbursement of those funds;

c) It does not have authority to and agrees not to issue any "letters of protection" in connection with any litigation where it represents the Debtor and agrees to contact, in writing, any persons it has previously issued a "letter of protection" and advise that person or persons that the earlier "letter of protection" no longer has any validity since the filing of the Debtor's Bankruptcy Petition under

Chapter 13 of the United States Bankruptcy Code.

**WHEREFORE**, Applicant respectfully requests that it be authorized to employ law offices of Cohen and Wolf, PC as special counsel to represent the Debtor in personal injury case on the terms set forth in this Application and that Applicant has such other and further relief as this Court deems just and proper, for all of which no previous application has been made.

The Debtor,

*/s/ Johnny Ray Moore*
Johnny Ray Moore
15 Sachem Drive
Shelton, CT  06484
Tel: 203-395-4282

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT BRIDGEPORT

| | |
|---|---|
| In Re: | CHAPTER 13 |
| JOHNNY RAY MOORE | CASE NO. 19-51257 JAM |
| DEBTOR | |

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

Upon the prefixed Application of the above-named, the Debtor is requesting authorization to employ the law offices of Cohen and Wolf, PC as counsel to represent said Debtor in his claim for personal injury, including filing an appearance, prosecuting and defending the Applicant's interests in the above-referenced personal injury claim only, and to advise and consult with the Applicant concerning questions arising in the conduct of the above-referenced action only.

**IT APPEARING** that law offices of Cohen and Wolf, PC is a disinterested party as that term is defined in Section 101(14) of the Bankruptcy Code and represents no interest adverse to the Debtor or to the estate in the matters upon which said firm will be engaged, and that said firm's employment is necessary and would be in the best interests of the estate, it is

**ORDERED**, that the Debtor is authorized to employ the law offices of Cohen and Wolf, PC as counsel to represent the Debtor on the terms set forth in the prefixed Application, and in the Affirmation of Johnpatrick O'Brien with the compensation of the law offices of Cohen and Wolf, PC in accordance with C.G.S. §52-251c, together with reimbursement of reasonable costs, to be paid in such amounts as may be allowed by the Court upon property application or applications therefor, pursuant to 11 U.S.C. §330 and 331.

UNITED STATES BANKRUPTCY COURT

Dated:

BY: _____

U.S. Bankruptcy Judge

## CERTIFICATION OF SERVICE

I hereby certify that on 12/09/2019, the date hereof, service of the **APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL** was accomplished through Email Electronic Filing for parties or counsel and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

*Via Electronic Email:*

    **Roberta Napolitano**    notices@ch13rn.com, rnapolitano13@ecf.epigsystems.com

    **Linda St. Pierre**    bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

    **U. S. Trustee**    USTPRegion02.NH.ECF@USDOJ.GOV

*Via U. S. First Class Mail:*

**ADT Security Systems Inc.**
Attn: Tate & Kirk Associates, Inc.
580 Middletown Blvd Suite 240
Langhorne PA 19047-1827

**Ally Bank**
PO Box 130424
Roseville MN 55113-0004

**Bank of America**
Attn: President
PO Box, NC4-105-02-99
Greensboro NC 27420

**Century Financial Services, Inc.**
c/o Century Healthcare Collection in Con
Attn: Debt Collector Dept.
23 Maiden Lane, PO Box 98
North Haven, CT 06473-0098

**City of Bridgeport**
Attn: Parking Tickets Department
300 Congress Street
Bridgeport CT 06604-4086

**JPMorgan Chase Bank, National Association**
c/o Linda St. Pierre
50 Weston Street,
Hartford, CT 06120

**MERSCORP Holdings Inc.**
Attention: Bankruptcy Dept.
1818 Library Street Suite 300
Reston, VA 20190

**MERSCORP Holdings Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**MERSCORP Holdings Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attn: Bankruptcy Department
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
Attn: President
P.O. Box 2026
Flint, Ml 48501-2016

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attention: Bankruptcy
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**Regional Water Authority**
90 Sargent Drive
New Haven CT 05515


**Regional Water Authority**
Attn: Louise D'Amico
90 Sargent Drive
New Haven CT 05515

**Yale Medicine**
Attn: Debt Collector Dept.
P.O. Box 7309
New Haven, CT 06519-0309

_____
Johnny Ray Moore

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT BRIDGEPORT

FILED
2019 DEC -9 P 1:02
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | CHAPTER 13 |
| JOHNNY RAY MOORE | CASE NO. 19-51257 JAM |
| DEBTOR | December 9, 2019 |

### AFFIRMATION OF ATTORNEY JOHNPATRICK O'BRIEN

Johnpatrick O'Brien, an attorney admitted to practice in the State of Connecticut affirms the following statement to be true to the best of his knowledge, information and belief, under penalty of perjury.

I, Johnpatrick O'Brien, being duly sworn, hereby depose and say as follows:

1. I am an attorney at the Law Offices of Cohen and Wolf, PC which maintains offices at 1115 Broad Street, Bridgeport, CT. This Affirmation is submitted in connection with the Application by Johnny Ray Moore, Debtor, to employ the Law Offices of Cohen and Wolf, PC as counsel for the Debtor in an action for personal injury.

2. Neither I nor the firm nor any other principal, insofar as I can ascertain, has any connection with the Debtor, his creditors, parties in interest (and their respective attorneys and accountants), the United States Trustee, or any person employed in the office of the United States Trustee, that I did check with all of the attorneys and employees of my office and my files regarding any connection to the Debtor, its creditors, or party in interest. After making all of these inquires, I believe to the best of my knowledge, that I and the Law offices of Cohen and Wolf, PC are a "disinterested party" within the meaning of Section §101(14) of the Bankruptcy Code and that statements made in this

1

*Affirmation of Johnpatrick O'Brien* and *Application for Authority to Employ Special Counsel* as required by 11 U.S.C. §327 are true.

3. My office has acted diligently to identify potential conflicts of interest, but in the event that a conflict of interest does arise, or a creditor or party in interest is discovered, with whatever conflict may exist, the undersigned agrees to conduct a review of that matter and discover if there are any conflicts, disclose any conflicts that may arise and to resolve any conflict or adverse interest that maybe discovered.

4. I acknowledge that neither I nor the law offices of Cohen and Wolf, PC have the authority to settle any litigation for the Debtor and that any settlement proposal must be presented, through the Debtor, to the Bankruptcy Court and is not settled until the Bankruptcy Courts enters an Order approving the settlement.

5. I acknowledge that upon the receipt of the proceeds from either a judgment or settlement that neither I nor the law offices of Cohen and Wolf, PC have the authority to disperse or retain the proceeds but must hold the proceeds for the Debtor, only to be disburseed upon entry of an Order of the Court approving the disbursement of those funds;

6. I acknowledge that neither I nor the law offices of Cohen and Wolf, PC have authority to agree or issue any "letters of protection" in connection with any litigation where I or the law offices of Cohen and Wolf, PC represent the Debtor and agree to contact, in writing, any persons where I have previously issued a "letter of protection" and advise that person or persons that the earlier "letter of protection" no longer has any validity since the filing of the Debtor's Bankruptcy Petition under Chapter 13 of the United States Bankruptcy Code.

7.  That I and the law offices of Cohen and Wolf, PC will seek compensation based upon a contingency fee basis of 33-1/3 percent in accordance with C.G.S. §52-251c, plus reimbursement of reasonable out of pocket costs and expenses.

8.  That I and the law offices of Cohen and Wolf, PC agree to seek approval from the Court for fees, expenses, charges and disbursements.

_____
Johnpatrick O'Brien, Esquire

STATE OF CONNECTICUT    )
                        )
COUNTY OF               )

**IN WITNESS WHEREOF**, Personally appeared this 9 day of ~~November~~ December 2019, Johnpatrick O'Brian, signer and sealer of the foregoing instrument and acknowledged same to be his free act and deed before me.

SARAH RONSHAGEN
Notary Public
Connecticut
My Commission Expires May 31, 2022

_____
Commissioner of the Superior Court/
Notary Public

3

## **CERTIFICATION OF SERVICE**

I hereby certify that on 12/09/2019, the date hereof, service of the **AFFIRMATION OF ATTORNEY JOHNPATRICK O'BRIEN** was accomplished through Email Electronic Filing for parties or counsel and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

### *Via Electronic Email:*

**Roberta Napolitano**   notices@ch13rn.com, rnapolitano13@ecf.epigsystems.com

**Linda St. Pierre**   bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

**U. S. Trustee**   USTPRegion02.NH.ECF@USDOJ.GOV

### *Via U. S. First Class Mail:*

**ADT Security Systems Inc.**
Attn: Tate & Kirk Associates, Inc.
580 Middletown Blvd Suite 240
Langhorne PA 19047-1827

**Ally Bank**
PO Box 130424
Roseville MN 55113-0004

**Bank of America**
Attn: President
PO Box, NC4-105-02-99
Greensboro NC 27420

**Century Financial Services, Inc.**
c/o Century Healthcare Collection in Con
Attn: Debt Collector Dept.
23 Maiden Lane, PO Box 98
North Haven, CT 06473-0098

**City of Bridgeport**
Attn: Parking Tickets Department
300 Congress Street
Bridgeport CT 06604-4086

**JPMorgan Chase Bank, National Association**
c/o Linda St. Pierre
50 Weston Street,
Hartford, CT 06120

**MERSCORP Holdings Inc.**
Attention: Bankruptcy Dept.
1818 Library Street Suite 300
Reston, VA 20190

**MERSCORP Holdings Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**MERSCORP Holdings Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attn: Bankruptcy Department
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
Attn: President
P.O. Box 2026
Flint, Ml 48501-2016

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attention: Bankruptcy
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**Regional Water Authority**
90 Sargent Drive
New Haven CT 05515


**Regional Water Authority**
Attn: Louise D'Amico
90 Sargent Drive
New Haven CT 05515

**Yale Medicine**
Attn: Debt Collector Dept.
P.O. Box 7309
New Haven, CT 06519-0309

_____
Johnny Ray Moore