UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT BRDIGEPORT

FILED
2019 DEC -9 P 1:03

U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | |
|---|---|
| In Re: | CHAPTER 13 |
| JOHNNY RAY MOORE | CASE NO. 19-51257 JAM |
| DEBTOR | December 9, 2019 |

## MOTION TO APPROVE COUNSEL FEES AND EXPENSES

1. The Court has previously approved the appointment of law offices of Cohen and Wolf, PC to represent the Debtor's Estate in a certain personal injury claim.

2. Counsel has negotiated a settlement of that claim which has been presented to the court for approval.

3. Counsel has represented the Debtor pursuant to a retainer agreement.

4. The retainer agreement provides that counsel will receive a contingent fee of 33% of any recovery. The amount of the settlement is **$27,500.00 dollars**. Counsel requests that court therefore approve an attorney fee of **$9,166.57 dollars.**

5. The retainer agreement provides that Counsel is entitled to be reimbursed expenses of litigation from any recovery. The costs of litigation in this case are **$447.80 dollars.**

6. A list of all expenses is attached hereto as Exhibit A.

8. The Debtor has no objection to the above fees and expenses sought.

9. Pursuant to Bankruptcy Code 327, 328 and 329 the undersigned requests that the fees and costs sought herein be approved.

Dated at Bridgeport, Connecticut this 9th day of December 2019.

THE DEBTOR:
Johnny Ray Moore

*Johnny Ray Moore*
Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484
Tel: 203-395-4282

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JOHNNY RAY MOORE | : | CASE NO. 19-51257 |
| | : | |
| DEBTOR | : | |

## ORDER APPROVING COUNSEL FEES, LITIGATION AND MEDICAL EXPENSES

The foregoing motion to approve counsel fee and expenses having come before the court and it appearing that the same ought to be Granted it is

**ORDERED**:

That the fees and expenses of the special attorney appointed to represent the debtor and bankruptcy estate in a personal injury claim and any other expenses incurred in connection with the personal injury claim are hereby approved as follows:

Special Counsel Attorney fees of $9,166.57

Special Counsel Expenses of $447.80

Estimated Medical Expenses of $10,274.80

Dated:                                        BY THE COURT

                                              _____
                                              United States Bankruptcy Judge

EXHIBIT A

Costs:
Filing fee and service costs and misc. copies relating to AAN- CV-18-6028622s: $447.80

Estimated Only Medical Bills:
Dr. Joseph Firgeleski (Chiropractor) $7,299.80
Dr. Eric Katz (Orthopedic surgeon)   $575.00
Advanced Radiology                   $2,400.00
                                    $10,274.80

# CERTIFICATION OF SERVICE

I hereby certify that on 12/09/2019, the date hereof, service of the **MOTION TO APPROVE COUNSEL FEES AND EXPENSES** was accomplished through Email Electronic Filing for parties or counsel and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

*Via Electronic Email:*

**Roberta Napolitano**  notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

**Linda St. Pierre**  bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

**U. S. Trustee**  USTPRegion02.NH.ECF@USDOJ.GOV

*Via U. S. First Class Mail:*

**ADT Security Systems Inc.**
Attn: Tate & Kirk Associates, Inc.
580 Middletown Blvd Suite 240
Langhorne PA 19047-1827

**Ally Bank**
Attn: President
PO Box 130424
Roseville MN 55113-0004

**Bank of America**
Attn: President
PO Box, NC4-105-02-99
Greensboro NC 27420

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**Regional Water Authority**
Attn: Billing
90 Sargent Drive
New Haven CT 05515

**Regional Water Authority**
Attn: Louise D'Amico
90 Sargent Drive
New Haven CT 05515

**Yale Medicine**
Attn: Debt Collector Dept.
P.O. Box 7309
New Haven, CT 06519-0309

_____
Johnny Ray Moore