UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT BRIDGEPORT

FILED
2019 DEC -9 P 1:03
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JOHNNY RAY MOORE | : | CASE NO. 19-51257 JAM |
| | : | |
| DEBTOR | : | December 9, 2019 |

## MOTION TO APPROVE COMPROMISE AND SETTLE CLAIM

Johnny Ray Moore moves this Court to approve the settlement of his personal injury claim and in support hereof states as follows:

1. The assets of the Debtor's Estate in the above captioned case is a **personal injury** claim.

2. Special Counsel to the Debtor filed a complaint in the Superior Court AAN- CV-18-6028622s.

3. The claim has been settled, subject to bankruptcy court approval, in the amount of $27,500.00 dollars. The Debtor has no objection to the settlement.

4. Special Counsel appointed by the Court to represent the Estate with regard to the above referenced claim has determined that the above referenced settlement is fair and reasonable under the circumstances, including the risks of trial and the possibility of success at trial. This was the highest and believed to be the best offer made on this claim.

5. The undersigned respectfully requests pursuant to Bankruptcy Rule 9019(a) that the Court authorize settlement of this claim in the amount above referenced.

Dated at Bridgeport, Connecticut this 9th day of December 2019.

Wherefore, the Debtor prays that this Court approve the compromise of said claim.

THE DEBTOR:
Johnny Ray Moore

*/s/ Johnny Ray Moore*
Johnny Ray Moore
15 Sachem Drive
Shelton, CT  06484
Tel:  203-395-4282

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JOHNNY RAY MOORE | : | CASE NO. 19-51257 |
| | : | |
| DEBTOR | : | |

**ORDER ON MOTION TO APPROVE COMPROMSE AND SETTLE CLAIM**

The foregoing motion to approve compromise and settle claim having come before the court and it appearing that the same ought to be Granted it is

**ORDERED**:

That the special attorney appointed to represent the Court in a personal injury claim is hereby authorized to settle that claim on behalf of the Debtor and the bankruptcy estate for the sum of $27,500.00 and the settlement of that claim in the amount of $27,500.00 is hereby approved.

That the special attorney will forward the settlement proceeds less any fees and expenses as approved by the Court to the Debtor.

Dated:                                          BY THE COURT

                                                _____
                                                United States Bankruptcy Judge

## **CERTIFICATION OF SERVICE**

I hereby certify that on 12/09/2019, the date hereof, service of the **MOTION TO APPROVE COMPROMISE AND SETTLE CLAIM** was accomplished through Email Electronic Filing for parties or counsel and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

*Via Electronic Email:*

    **Roberta Napolitano**   notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

    **Linda St. Pierre**   bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

    **U. S. Trustee**   USTPRegion02.NH.ECF@USDOJ.GOV

*Via U. S. First Class Mail:*

**ADT Security Systems Inc.**
Attn: Tate & Kirk Associates, Inc.
580 Middletown Blvd Suite 240
Langhorne PA 19047-1827

**Ally Bank**
Attn: President
PO Box 130424
Roseville MN 55113-0004

**Bank of America**
Attn: President
PO Box, NC4-105-02-99
Greensboro NC 27420

**Century Financial Services, Inc.**
c/o Century Healthcare Collection in Con
Attn: Debt Collector Dept.
23 Maiden Lane, PO Box 98
North Haven, CT 06473-0098

**City of Bridgeport**
Attn: Parking Tickets Department
300 Congress Street
Bridgeport CT 06604-4086

**JPMorgan Chase Bank, National Association**
c/o Linda St. Pierre
50 Weston Street,
Hartford, CT 06120

**MERSCORP Holdings Inc.**
Attention: Bankruptcy Dept.
1818 Library Street Suite 300
Reston, VA 20190

**MERSCORP Holdings Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**MERSCORP Holdings Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attn: Bankruptcy Department
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
Attn: President
P.O. Box 2026
Flint, MI 48501-2016

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attention: Bankruptcy
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: Bankruptcy Department
50 Weston Street
Hartford CT 06120

**Regional Water Authority**
Attn: Billing
90 Sargent Drive
New Haven CT 05515

**Regional Water Authority**
Attn: Louise D'Amico
90 Sargent Drive
New Haven CT 05515

**Yale Medicine**
Attn: Debt Collector Dept.
P.O. Box 7309
New Haven, CT 06519-0309

_/s/ Johnny Ray Moore_
Johnny Ray Moore