# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 11, 2019

In re:

Johnny Ray Moore
Debtor*

Case Number: 19–51257 jam
Chapter: 13

### ORDER DENYING RELIEF AFTER HEARING

    Johnny Ray Moore (the "Movant"), filed a Motion for Alternative Dispute Resolution dated November 21, 2019 (the "Motion", ECF No. 24). After notice and a hearing on the Motion held on December 10, 2019; it is hereby

    **ORDERED:** The Motion for Alternative Dispute Resolution is DENIED for the reasons stated on the record during the hearing held on December 10, 2019 .

Dated: December 11, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 156 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.