FILED

2020 JAN -7 P 3: 47

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| JOHNNY RAY MOORE | : | CHAPTER 13 |
|        Debtor | : | |
| | : | CASE NO: 19-51257 JAM |
| ROBERTA NAPOLITANO, TRUSTEE | : | |
| PATRICK CROOK, Esq. | : | |
|        Movant's | : | JANUARY 6, 2020 |
| | : | |
| vs | : | DOC. NO. 37 |
| | : | |
| JOHNNY RAY MOORE | : | |
|        Respondent | : | |
| | : | |
| Notice | : | |
| | : | |
| HOLLEY CLAIBORN, USTrustee | : | |
| Office of the United States Trustee | : | |

## DEBTOR'S EVIDENCE SUBMITTED IN PURSUANT TO THE FEDERAL RULES OF EVIDENCE 9017 IN SUPPORT OF THE DEBTORS OBJECTION TO THE TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE PETITION NO 19-51257

1.    **EXHIBIT A.,** Filed pursuant to the Federal Rules of Evidence under Article 201 Rule (c)(e) and under Article X Rule 1005, with regards to a **certified copy of the Certificate of Foreclosure,**

2.    **EXHBIT B,** Filed pursuant to the Pursuant to the Federal Rule of Evidence Rule 902 (5) That according to Connecticut General Statute § 49-16,

3.    **EXHIBIT C,** Filed pursuant to the Federal Rules of Evidence under Article 201 Rule (c)(e) and under Article X Rule 1005, ask the Court to review a certified copy of the Federal Lien filed on the land records,

4.    **EXHIBIT D,** Filed pursuant to the Federal Rules of Evidence under Article 201 Rule (c)(e) and under Article X Rule 1005, ask the Court to review a certified copy of the Federal Lien Release filed on the land records,

\

5.     **EXHIBIT E.** Filed pursuant to the Federal Rules of Evidence Rule  902 (5)

6.     **EXHIBIT F.,** Filed pursuant to the Federal Rules of Evidence under Article 201 Rule (c)(e) and under Article X Rule 1005, with regards to a **certified copy of the Motion to Substitute that was granted and afterwards of the Debtor filing a Motion to Vacate_____The Court GRANTED_____see State Court Docket.**

JOHNNY RAY MOORE, Pro se Debtor

15 Sachem Drive Shelton

Z

## CERTIFICATION OF SERVICE

I hereby certify that on 01/07/2020, the date hereof, service of the **DEBTORS EXHIBITS IN SUPPORT OF OBJECTION TO THE MOTION TO DISMISS** was accomplished through Email Electronic Filing for parties or counsel and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel as follows:

***Via Electronic Email:***
**Roberta Napolitano**    notices@ch13rn.com, rnapolitano13@ecf.epigsystems.com
**Linda St. Pierre**    bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com
**U. S. Trustee**    USTPRegion02.NH.ECF@USDOJ.GOV

***Via U. S. First Class Mail:***

**ADT Security Systems Inc.**
Attn: Tate & Kirk Associates, Inc.
580 Middletown Blvd Suite 240
Langhorne PA 19047-1827

**Ally Bank**
PO Box 130424
Roseville MN 55113-0004

**Bank of America**
C/o  President /Manager
8742 Lucent Blvd, Suite 300
Specialized Loan Servicing LLC
Highland Ranch, Co 80129

**Century Financial Services, Inc.**
c/o Century Healthcare Collection in Con
Attn: President/ Manager
23 Maiden Lane, PO Box 98
North Haven, CT 06473-0098

**City of Bridgeport**
Attn: Parking Tickets Department in
 c/o President /Manager
300 Congress Street
Bridgeport CT 06604-4086

**JPMorgan Chase Bank, National Association**
c/o Linda St. Pierre
50 Weston Street,
Hartford, CT 06120

**MERSCORP Holdings Inc.**
Attention: President /Manager
1818 Library Street Suite 300, Reston, VA 20190

**MERSCORP Holdings Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: President/ Manager
50 Weston Street
Hartford CT 06120

**MERSCORP Holdings Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attn: President/Manager
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
Attn: President /Manager
P.O. Box 2026
Flint, Ml 48501-2016

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of Bendett & McHugh PC
Attention: President /Manager
270 Farmington Avenue Suite 151
Farmington CT 06032

**Mortgage Electronic Registration Systems Inc.**
c/o The Law Firm of McCalla Raymer Liber
Attn: President /Manager
50 Weston Street
Hartford CT 06120

**Regional Water Authority**
90 Sargent Drive
President / Manager
New Haven CT 06515

**Regional Water Authority**
Attn: Louise D'Amico
90 Sargent Drive
New Haven CT 06515

**Yale Medicine**
Attn: Debt Collector Dept.
President /Manager
P.O. Box 7309
New Haven, CT 06519-0309

Johnny Ray Moore

4

# EXHIBIT A

Hunt Leibert Jacobson, P.C.
ATTORNEYS AT LAW
50 Weston Street
Hartford, Connecticut 66120

VOL 9438 PG 205
06/29/2016 12:31:43 PM
3 Pages
FORECLOSURE

Instr # 2016-05543

Michael B. Smart City Clerk

DOCKET NO. NNH-CV-09-6005365-S : SUPERIOR COURT

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION (CHRISTIANA TRUST, A
DIVISION OF WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS TRUSTEE FOR
NORMANDY MORTGAGE LOAN TRUST,
SERIES 2013-18 – SUBSTITUTED
PLAINTIFF)
V.

: JUDICIAL DISTRICT OF NEW
  HAVEN

: AT NEW HAVEN

JOHNNY RAY MOORE, *ET AL.* : JUNE 28, 2016

## CERTIFICATE OF FORECLOSURE

TO ALL WHOM IT MAY CONCERN;

THIS CERTIFIES THAT a Mortgage from Johnny Ray Moore to Mortgage

Electronic Registration Systems, Inc. as Nominee for Mortgage Capital Associates, Inc

on premises known as 83-85 Willis Street, New Haven CT, dated January 12, 2007 and

recorded on January 16, 2007 in Volume 7846, Page 281 of the New Haven Land

Records, was foreclosed upon the complaint of Christiana Trust, A Division of Wilmington

Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-

18 - substituted plaintiff, against Johnny Ray Moore, owner of the equity of redemption in

said mortgaged premises, having an interest therein, in the Superior Court of New Haven

at New Haven, within and for the County of New Haven, State of Connecticut returnable

on October 27, 2009.

THIS LAW FIRM IS A DEBT COLLECTOR. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

RECEIVED

CITY CLERK'S OFFICE
NEW HAVEN

SEP 28 2016

I CERTIFY THIS TO BE A TRUE COPY OF THE DOCUMENT
RECORDED IN THE NEW HAVEN LAND RECORDS.

_____ DAY OF _____ 20____

Michael B. Smart, CITY CLERK
NEW HAVEN, CT THIS

BK: 9438 PG: 205

6

The premises foreclosed is described in Schedule A attached hereto. The time limit for redemption in said Judgment of Foreclosure has passed, and the title to said premises became absolute in Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18 whose address is c/o Selene Finance, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-4546, on April 05, 2016.

Plaintiff

By

Katharine E. Reisbig
Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, Ct. 06120
(860) 808-0606
Juris No. 101589

03668-04466

BK: 9438  PG: 206

# SCHEDULE A

All that certain piece or parcel of land located in the Town of New Haven, County of New Haven and State of Connecticut, known as #83-85 Willis Street and bounded:

SOUTH:        by Willis Street, 40 feet;

EAST:        by land now or formerly of Salvatore Salviette, 100 feet, more or less, by a line drawn at right angles to the North line of Willis Street, through a point therein distant 120 feet Westerly from the West line of Fruit Street, when measured along the said North line of Willis Street;

NORTH:        by land now or formerly of Charlotte A. Osborne, 40 feet, more or less;

WEST:        by land now or formerly of Annie Murphy, 100 feet, more or less, by a line drawn at a right angle to said North line of Willis Street;

together with all buildings and improvements thereon.

06/29/2016 12:31:43 PM
Michael B. Smart City Clerk
City of New Haven

8

# EXHIBIT B.

9



# 2012 Connecticut General Statutes
# Title 49 - Mortgages and Liens
# Chapter 846 - Mortgages
# Section 49-16 - Foreclosure certificate. Penalty.

**Universal Citation:** CT Gen Stat § 49-16 (2012)

When any mortgage of real estate has been foreclosed, and the time limited for redemption has passed, and the title to the mortgaged premises has become absolute in the mortgagee, or any person claiming under him, he shall, either in person or by his agent or attorney, forthwith make and sign a certificate describing the premises foreclosed, the deed of mortgage on which the foreclosure was had, the book and page where the same was recorded and the time when the mortgage title became absolute. The certificate shall be recorded in the records of the town where the premises are situated and shall be substantially in the form following:

To all whom it may concern. This certifies that a mortgage from .... of the town of ...., county of ...., in the state of ...., to .... of the town of ...., county of ...., and state of ...., bearing date the .... day of ...., A.D. ...., and recorded in the land records of the town of ...., book ...., page ...., was foreclosed upon the complaint of .... against ...., the owner of the equity of redemption in said mortgaged premises, and against ...., having an interest therein, in the .... court .... held at .... within and for the county of .... and the state of Connecticut on the .... day of ...., A.D. 20... The premises foreclosed are described as follows, viz.: .... The time limited for redemption in said judgment of foreclosure has passed and the title to said premises became absolute in the said .... on the .... day of ...., A.D. 20...

Dated at ...., this .... day of ...., 20...

If such person neglects to lodge the certificate for one month after the title becomes absolute, he shall be fined not more than five dollars.

(1949 Rev., S. 7197; P.A. 79-602, S. 76.)

History: P.A. 79-602 made minor changes in wording but made no substantive changes; (Revisor's note: In 2001 the references in this section to the date "19.." were changed editorially by the Revisors to "20.." to reflect the new millennium).

Cited. 20 CA 163.

**Disclaimer:** These codes may not be the most recent version. Connecticut may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

# EXHIBIT C

Receipt # 72112

VOL 9215 PG 175
11/07/2014 10:09:39 AM
2 Pages
ORDER

Instr # 2014-10465

Michael B. Smart City Clerk

RETURN TO: Attorney Barbara H. Katz, 57 Trumbull Street, New Haven, Connecticut 06510-1004

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | : | **CHAPTER 7** |
| **JOHNN RAY MOORE** | : | |
| **DEBTOR** | : | **CASE NO. 12-51027 AHWS** |
| | : | |
| | : | **NOVEMBER 4, 2014** |

### NOTICE OF PENDENCY OF BANKRUPTCY CASE

NOTICE IS HEREBY GIVEN that **JOHNNY RAY MOORE** filed a petition pursuant to Chapter 13 of the United States Bankruptcy Code on May 31, 2012 and converted to Chapter 7 October 29, 2014. NOTICE IS FURTHER GIVEN that Barbara H. Katz has been appointed trustee of the bankruptcy estate. Property owned by **JOHNNY RAY MOORE** ("Debtor") is property of the bankruptcy estate pursuant to 11 U.S.C. §541(a).

This notice regards all property and mortgages in which the Debtor has an interest, directly including, but not limited to the following properties:

| 83-85 Willis Street<br>New Haven, Connecticut | 20 Willis Street<br>New Haven, Connecticut | 102 Adeline Street<br>New Haven, Connecticut |
|---|---|---|
| 127 Cedar Hill Avenue<br>New Haven, Connecticut | | |

Dated at New Haven, Connecticut this 4th day of November, 2014.

Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, Connecticut 06510-1004
(203) 772-4828
ct 06946

I CERTIFY THIS TO BE A TRUE COPY OF THE DOCUMENT
RECORDED IN THE NEW HAVEN LAND RECORDS DATED AT
NEW HAVEN, CT THIS

_____ DAY OF _____ 20___

RECEIVED
NOV 14 2017

Michael B. Smart, CITY CLERK      CITY CLERK'S OFFICE
NEW HAVEN

*13*

Kenneth E. Katz

Ivan M. Katz

Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, Connecticut 06510-1004
(203) 772-4828
ct 06946

Sworn to before me this 4th day of November, 2014.

Kenneth E. Katz
Commissioner of the Superior Court

11/07/2014 10:09:39 AM
Michael B. Smart City Clerk
City of New Haven

14

# EXHIBIT D.

15

Receipt # 134841
Instr # 2017-09798

VOL 9543 PG 92
11/14/2017 01:05:20 PM
1 Pages
RELEASE
Michael B. Smart City Clerk

## RELEASE OF NOTICE OF PENDENCY OF BANKRUPTCY CASE

### TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME GREETING:

**KNOW YE,** that Barbara H. Katz, Trustee of the Bankruptcy Estate of Johnny Ray Moore , of the Town of New Haven , in the County of New Haven, and State of Connecticut, does hereby release and discharge a certain Notice of Pendency of Bankruptcy Case dated November 4, 2014  and recorded in the Land Records of the City of New Haven, County of New Haven and State of Connecticut, in Volume 9215 at Page 175 to which reference which may be had.

**In Witness Whereof,** the Releasor has hereunto set her hand and seal this 9th day of  November, A.D. 2017.

Signed, Sealed and delivered
in presence of:

_(signatures)_

Barbara H. Katz, Trustee

STATE OF CONNECTICUT)
                     ) ss.          November 9, A.D. 2017
COUNTY OF NEW HAVEN)

Personally appeared Barbara H. Katz, Trustee signer and sealer of the foregoing instrument, and acknowledged the same to be free her act and deed before me.

_(signature)_

Commissioner of the Superior
Court/ Notary Public

LAURA J. SUDOCK
NOTARY PUBLIC
State of Connecticut
My Commission Expires
March 31, 2019

16

# EXHIBIT _E_.

17

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

In re Johnny Ray Moore                    ,        Case No. 12-51027

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18, c/o Selene Finance LP as Servicer

Name of Transferee

JPMorgan Chase Bank, N.A.

Name of Transferor

Name and Address where notices to transferee should be sent:
 Selene Finance LP
 9990 Richmond Ave. Suite 400S
 Houston, TX 70042
Phone: 904-473-0499
Last Four Digits of Acct #:        8458

Court Claim # (if known):        13
Amount of Claim:        $264,216.26
Date Claim Filed:        10/15/2012

Phone: 800-267-4051
Last Four Digits of Acct. #:        3212

Name and Address where transferee payments should be sent (if different from above):
 P.O. Box 71243
 Philadelphia, PA 19176-6243

Phone: 904-473-0499
Last Four Digits of Acct #:        8458

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michelle R. Ghidotti-Gonsalves            Date: 07/28/2014
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*18*

# EXHIBIT F.

DOCKET NO. AAN-CV-09-6001369-S          (          SUPERIOR COURT
                                        (
JPMORGAN CHASE BANK, NATIONAL           (          JUDICIAL DISTRICT OF
ASSOCIATION [ PENNYMAC HOLDINGS, LLC-   (          ANSONIA/MILFORD
SUBSTITUTED PLAINTIFF]                  (
                                        (          AT MILFORD
V.                                      (
                                        (
JOHNNY RAY MOORE, ET AL                 (          JANAURY 24, 2019

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO A PLEADING

**NOW COMES**, Johnny Ray Moore, the named Defendant in the above captioned

Civil Action. The Defendant does hereby respectfully move the Court for an Extension of

Time to respond to Pennymac Holdings LLC Motion to Substitute the Party Plaintiff. The

matter appears on the short calendar for January 28, 2019. *See* **EXHIBIT A.** The

Defendant petitions the Court for a 21 day extension of time from January 24, 2019, to

February 14, 2019, to file an appropriate response in light of the genuine issue of material

fact now being asserted in that Pennymac Holdings LLC, is NOW stating to the Court that

Pennymac Holdings LLC was Never in possession of the Defendants Note and Mortgage

from the commencement of the said action. *See* **EXHIBIT B.** In support of the additional

time being petitioned for by the Defendant, the Defendant states the following in support

thereof.

1. The Defendant must now review all of the Pleadings that were filed by Pennymac

Holdings LLC, and all of the Orders issued by this Court granting relief to Pennymac

Holdings LLC in light of the fact that Pennymac Holdings LLC, is NOW claiming that it

was **never in possession** of the Defendant's Note and Mortgage during the

commencement of the said action.

**STATE** OF CONNECTICUT
**SUPERIOR COURT**
**JUDICIAL DISTRICT OF**
**ANSONIA-MILFORD**

DEC 2 7 2019

**CERTIFIED COPY**
**SEAL AFFIXED**



20

2.    The Defendant would also ask this Court to take judicial notice of the material fact that such an admittance by Pennymac Holdings LLC will have a direct impact not only on this civil action as to the Court's Jurisdiction and any relief granted. But on the proof of claims that Pennymac Holdings LLC, filed in the United States Bankruptcy Court, District of Connecticut Bridgeport Division and the relief that Court granted to Pennymac Holdings LLC.

3.    The Defendant would also ask this Court to take judicial notice of the material fact that such an admittance by Pennymac Holdings LLC will have a direct impact on the Defendant's Appeal that is currently pending in the United States District Court of Connecticut regarding two orders issued by the United States Bankruptcy Court. See **EXHBIT C**.

4.    The Defendant being Pro se would be several prejudiced by this Court if the additional time needed is not granted in order to file an appropriate pleading in response to Pennymac Holdings LLC, statement made in its motion that other parties were in possession of the Defendant's Note and Mortgage, prior to the commencement of this action before the Court.

5.    The Defendant states pursuant to 11 U.S.C. § 1334 that no relief *in rem* has been granted by the United States District Court of Connecticut and that the Notice filed in this Court and the Order attached was over ruled by the Bankruptcy Court. *See* **EXHIBIT D**.

6.    The Defendant claims that Pennymac Holdings LLC pursuant to the Federal Rules of Civil Procedure, Rule 60(a) has failed to file leave of the District Court to take any action in State Court. See **EXHIBIT E**.

21

7.    The Defendant also claims that Pennymac Loan Services LLC, has no standing in this matter. See EXHBIT E, of the District Court Docket of the pending Appeal.


**WHEREFORE**, the Defendant prays the Court will grant its motion for extension of time (21 days) to respond, in order that the Defendant will not be prejudiced by the Court pursuant to its own rules of the Court. The Defendant would be severely prejudiced by the Court if this matter that has been pending before the Court for some 9.5 years, only for Pennymac Holdings LLC, to now state to this Court, that it was **never in possession of the Note and Mortgage and lacked standing thereof.** This material representation at this point in the litigation cannot be passed over as insignificant and should not be decided as matter to be "Taken on the Papers", without having Pennymac Holdings LLC explain to this Court  why they have misled this Court into acquiring a summary judgment based on false affidavits and in violation of Federal Law.   The multitude of representations based on  bad faith on behalf of Pennymac Holdings LLC, is egregious and unconscionable and Defendant's prays that additional  time will be granted by the Court in light of Pennymac Holdings LLC claims and actions not only in this Court but also in Federal Court that currently has Jurisdiction in this matter.


The Defendant,

Johnny Ray Moore, Self Represented
15 Sachem Drive
Shelton CT 06484
(203) 395-4282

22

## ORDER

The foregoing Motion to for extension of time to plead to Pennymac Holdings LLC, Motion

to Substitute Party Plaintiff's having been considered, it is hereby ORDERED:

GRANTED / DENIED

BY THE COURT

_____

JUDGE/CLERK

43

## CERTIFICATION

This is to certify that a copy the said motion for extension of time to file and appropriate pleading to the motion to substitute party plaintiff's has been sent by electronic mail and or postage prepaid, by first class mail on January 24, 2019 to the following:

McCalla Raymer Liebert Pierce, LLC
c/o Attorney Kevin Sandberg
50 Weston Street
Hartford, CT 06120
Phone: (860) 240-9185
Fax: (860) 240-9285

Nelson Mullins Riley & Scarborough, LLP- MA
c/o Attorney Kevin P. Polansky .
One Post Office Square – 30th Floor
Boston, MA 02109

*PennyMac Holdings, LLC
6101 Condor Drive, Suite 310,
Moorpark, CA 93021

*    AAG Gary Williams
Attorney Gen-Collections
Hartford, CT 06141

Halloran & Sage LLP
Attorney Brian D. Rich
One Goodwin Square
Asylum Street
Hartford CT 06103

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT 06484
(203) 395-4282
greenenergyjrm@gmail.com

54

# EXHIBIT __A.__

25

Milford JD Short Calendar 08

SUPERIOR COURT
JUDICIAL DISTRICT OF ANSONIA-MILFORD
14 WEST RIVER ST
MILFORD CT 06460

JOHNNY RAY MOORE
15 SACHEM DRIVE
SHELTON, CT 06484

Docket Number: **AAN-CV-09-6001369-S**          Notice Issued: **01/16/2019**

Case Caption: **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  v. MOORE, JOHNNY RAY Et Al**

Position Number: **32 - Milford JD Short Calendar 02**

Court Date: **01/28/2019**                    Assigned Judge:

| January 28, 2019   AAN - SHORT CALENDAR 02 - PROPERTY MATTERS - NOTICE |
|---|

9:30 AM - NA 203.00 MOT SUBSTITUTE PARTY

---

**IMPORTANT:**

**REPORT TO SECOND FLOOR HEARING ROOM #201.**

Attorneys and law firms must submit markings electronically through E-Services unless they have obtained an exclusion.
Attorneys with an exclusion must submit markings by calling **203-877-4293 x325.** Self-represented (pro se) parties who are
enrolled in E-Services may submit markings electronically through E-Services or by telephone by calling **203-877-4293 x325.**
See other side for marking instructions.

Go to http://www.jud.ct.gov/external/super/E-Services/efile/SRP_Enroll_QuickCard.pdf for information on enrollment in
E-Services for self-represented parties.

Foreclosure uniform orders, procedures and forms are available at
http://www.jud.ct.gov/external/super/ForeclosurebySale.htm

Pursuant to Practice Book Section 3-8 (b), an attorney can file a Limited Appearance
http://www.jud.ct.gov/webforms/forms/CL121.pdf) for a specific event or proceeding in any civil, family, family support
magistrate, housing or small claims matter statewide.  For more information, please visit the Judicial Branch website at
www.jud.ct.gov

26

See Other Side For Additional Information          Side 1 of 2

CLERK, SUPERIOR COURT
ANSONIA-MILFORD JD
14 WEST RIVER STREET
PO BOX 210
MILFORD, CT 06460

Additional information is available on the Judicial Branch website at http://www.jud.ct.gov/external/super/StandOrders and forms are available on the Judicial Branch website at http://www.jud.ct.gov/webforms/.

**Note:** Under the federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

JOHNNY RAY MOORE
15 SACHEM DRIVE
SHELTON, CT 06484

**Why am I getting this notice?**

This notice tells you that your case is on the short calendar.

The short calendar is a list of cases with motions or pleadings that require action by a judge. The motions or pleadings are usually filed by you or by another party.

**What do I have to do when I get this notice?**

If the motion or pleading is one that you filed, you have to let the court know whether you want the court to decide it by **marking** it within the marking period.

You have to choose one of the following **marking** options:

1. If your motion or pleading is listed as **ARG** and you want to come to court and present your claims about it to a judge, you must mark the motion or pleading **Ready**.

2. If your motion or pleading is listed as **ARG** and you do not want to come to court but you want the court to decide it, you must mark your motion or pleading **Take Papers**.

3. The court requires argument on the following motions even though they are listed as non-arguable (NA) on the calendar:
Motion to open and modify judgment; Motion to open and vacate judgment; Motion to open judgment; Motion to open judgment and extend the law day; and Motion to open judgment and extend the sale date.

To argue any one of these motions on the day of the calendar, they must be marked "Ready."

4. If your motion or pleading is listed as **N/A** and you want the court to decide it, other than motion listed in 2 above, you must mark it **Take Papers**. The court will decide the motion or pleading by reviewing the documents on file that concern the motion.

You can ask the court for permission to come to court on a later date to present your claims to a judge by marking the motion or pleading **Take Papers** and filing a **Request for Argument**(JD-CV-128).

If the court agrees to hear your argument, the clerk will send you another notice about a future date to come to court. Do not come to court on the court date listed on the other side of this notice.

5. If you have marked your motion or pleading **Ready** or **Take Papers** and you do not want the court to decide it on the court date shown on the other side of this notice, you must mark it **OFF**.

**How do I mark a motion?**

You must call the court at **203-283-8263** during the week before the court date shown on the other side of this notice.

You must call between 9:00 a.m. Tuesday and 4:00 p.m. Thursday, unless there is a state holiday during the marking week. If a state holiday is on Thursday, you must call the court between 9:00 a.m. Tuesday and 5:00 p.m. Wednesday. If a state holiday is on Friday, you must call between 9:00 a.m. Tuesday and 11:00 a.m. Thursday. **You cannot fax or email your marking to the court.**

**When you call the court**, you must give the court your name and the following information that is shown on the other side of this notice.
- The calendar number and the position number of the case
- The name and docket number of the case
- The entry number and the title of your motion or pleading.
- You must then give the court the marking: **Ready, Take Papers** or **Off.** The marking tells the court what you want it to do with your motion or pleading.
- You must then tell the court that the other parties have been notified about the marking.

You must **tell the other parties** in the case by phone, fax or email how you marked your motion or pleading. If other parties mark their motions or pleadings, they must tell you.

**Do I have to come to court on the calendar date?**

**You have to come to court** on the court date for motions listed as **ARG** if you or another party marked the motion or pleading **Ready.** You do not have to come to court if the motion or pleading has been marked Off or Take Papers.

**You have to come to court,** if the motion is an application for exemption, motion for modification of execution, motion for examination of judgment debtor, motion for approval of report of an attorney trial referee or fact-finder, or an objection to one of these motions, even if the motion or objection has not been marked **Ready.**

**You should not come to court** for motions or pleadings listed as **N/A** that are marked **Take Papers.**

**What happens if the calendar is canceled or I miss the deadline for marking my motion or pleading?**

If a calendar is canceled due to unexpected events or you missed the deadline for marking your motion or pleading, you may reclaim your motions by filing a reclaim, JD-CL-6. If the matter needs immediate action by the court, you may apply for permission to schedule an earlier hearing date with the court. **Note:** all citations must be re-issued unless the court orders otherwise. **By Order of The Court.**

*278*

# EXHIBIT _B_.

DOCKET NO.: AAN-CV-09-6001369-S

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
[PENNYMAC HOLDINGS, LLC - SUBSTITUTED PLAINTIFF]

V.

JOHNNY RAY MOORE

: SUPERIOR COURT

: JUDICIAL DISTRICT OF
: ANSONIA/MILFORD

: AT MILFORD

: JANUARY 10, 2019

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Proceeding pursuant to Practice Book Section 9-16, the Plaintiff, JPMorgan Chase Bank, National Association [PennyMac Holdings, LLC - Substituted Plaintiff] hereby respectfully represents that, since the commencement of the above entitled action, it has assigned the subject mortgage deed and note, and the cause of action, firstly to Citibank, N.A., As Trustee for CMLTI Asset Trust by written instrument, who then assigned the subject mortgage deed and note, and the cause of action to U.S. Bank National Association, Not in it's individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT by written instrument.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

File: 002897F02

29

Wherefore, the undersigned moves that U.S. Bank National Association, Not in it's individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT be substituted as the Plaintiff in the action.

Plaintiff

By:____/s/ 410424_____
    Kevin Sandberg
    McCalla Raymer Leibert Pierce, LLC
    50 Weston Street
    Hartford, CT 06120
    860-808-0606
    Its Attorneys
    Juris No. 101589

## **ORDER**

The foregoing Motion having been presented to the Court, after hearing had, it is hereby

ORDERED:

GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

File: 002897F02

*30*

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on January 10, 2019 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served:

KEVIN PATRICK POLANSKY
ONE POST OFFICE SQ
BOSTON, MA 02109

HALLORAN & SAGE LLP
ONE GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CT 06103

AAG GARY G WILLIAMS
ATTY GEN-COLLECTIONS
PO BOX 120
HARTFORD, CT 061410120

JOHNNY RAY MOORE
15 SACHEM DRIVE
SHELTON, CT 06484

_____/s/ 410424_____
Kevin Sandberg
Attorney for the Plaintiff

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT
COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A
BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS
NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU
PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE
LIEN AGAINST THE COLLATERAL PROPERTY.

File: 002897F02

32

# EXHIBIT A

BK: 3831    PG: 217
INSTR # 2018-4911

This Instrument Prepared By:
SUSAN TAYLOR
After Recording Return To:
MERIDIAN ASSET SERVICES
ATTENTION: DOC INTAKE
3201 34TH ST SOUTH,
STE 310
ST PETERSBURG, FL 33711



rec 1st
## Assignment of Mortgage

ORDER #: ▮▮▮▮

For value received, PennyMac Holdings, LLC, whose address is 3043 Townsgate Road, Suite 310, Westlake Village CA 91361, hereby grants, assigns, and transfers to: Citibank, N.A, As Trustee for CMLTI ASSET TRUST, whose address is 388 Greenwich Street, 14th Floor, New York, NY 10013 under that certain Mortgage dated January 26, 2007 executed by:

Borrower: JOHNNY RAY MOORE

For Mortgage Electronic Registration Systems, Inc., as nominee for MORTGAGE CAPITAL ASSOCIATES, INC., its successors and assigns, whose address is P.O. Box 2026, Flint, MI, 48501-2026 in the amount of: $746,550.00, recorded 01/30/2007 as Instrument No.: 674 in Book/Volume: 02780 Page: 255 of the Official Records of Shelton City, Connecticut

Property Address: 15 SACHEM DRIVE, SHELTON, CONNECTICUT 06484
Tax Parcel ID: MAP 159 LOT 50
Legal Description: SEE EXHIBIT A

PennyMac Holdings, LLC by PennyMac Loan Services, LLC
its attorney-in-fact

By: _Linda Williams_

SIGNER NAME:    Linda Williams, Authorized Representative
SIGNER TITLE:

Dated: 8/1/18

State of TEXAS
County of TARRANT

Before me, _____ Andrew Cragg _____, the undersigned officer, on this, 8/1/18

personally appeared _Linda Williams_, ☐ known to me or, ☐ through production
of _____ as identification, who identified her/himself to be the
_____ Authorized Representative _____ of PennyMac Holdings, LLC by PennyMac Loan Services, LLC its attorney-in-fact, the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(seal)

ANDREW CRAGG
Notary ID #129977508
My Commission Expires
October 13, 2018

Notary Public, State of TEXAS
My Commission Expires: 10/13/18

32

BK: 3831   PG: 218
INSTR # 2018-4911

Service#: ████████

# EXHIBIT A

ALL THAT CERTAIN PIECE OR PARCEL OF LAND. TOGETHER WITH THE
BUILDINGS AND IMPROVEMENTS THEREON, SITUATED IN THE CITY OF
SHELTON, COUNTY OF FAIRFIELD AND STATE OF CONNECTICUT. BEING
SHOWN AND DESIGNATED AS LOT NO. 25 ON A CERTAIN MAP ENTITLED,
"RECORD SUBDIVISION PLAN VISTAS AT WHITE HILLS EAST VILLAGE
ROAD, SACHEM DRIVE & SAGAMORE ROAD SITUATED IN CITY OF
SHELTON, CONNECTICUT". PREPARED BY EASTERN STATE
ENGINEERING. INC.. SCALE 1"=100', DATE: 4-02-04. WHICH MAP IS ON FILE
IN THE SHELTON TOWN CLERK'S OFFICE MAP NO. 4110, TO WHICH
REFERENCE MAY BE HAD FOR A MORE PARTICULAR DESCRIPTION
THEREOF.

RECEIVED FOR RECORD
9/24/2018   11:10:44 AM

*Margaret Domorod*
TOWN CLERK OF SHELTON

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

BK: 3831   PG: 219
INSTR # 2018-4912

Loan No:
Svcr Ln No:
Custodian ID:

Space above for Recorder's use

rec 2nd
**ASSIGNMENT OF MORTGAGE**



FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, whose address is 388 GREENWICH STREET, 14TH FLOOR, NEW YORK, NY 10013, (ASSIGNOR), does hereby grant, assign and transfer to U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, whose address is 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 1/26/2007
Original Loan Amount: $746,550.00
Executed by (Borrower(s)): JOHNNY RAY MOORE
Original Lender: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MORTGAGE CAPITAL ASSOCIATES, INC., ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Mortgage Book/Liber/Volume 02780, Page 255,
Document/Instrument No: 674 in the Recording District of CITY OF SHELTON, CT, Recorded on 1/30/2007.

Property more commonly described as: 15 SACHEM DRIVE, SHELTON, CONNECTICUT 06484

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 09-10-18

CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: KIMBERLY HORTON
Title: VICE PRESIDENT

Witness Name: GERGANA GEORGIEVA

15
34

BK: 3831   PG: 220
INSTR # 2018-4912

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of        **FLORIDA**
County of      **PINELLAS**

On _09-10-18_, before me, **KIMBERLY JEAN LITCHFIELD**, a Notary Public, personally appeared **KIMBERLY HORTON, VICE PRESIDENT** of/for **MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct. I further certify KIMBERLY HORTON, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_(signature)_

(Notary Name): **KIMBERLY JEAN LITCHFIELD**
My commission expires: 01/21/2022

KIMBERLY JEAN LITCHFIELD
Commission # GG 177060
Expires January 21, 2022
Bonded Thru Budget Notary Services

RECEIVED FOR RECORD
9/24/2018   12:10:45 PM

_(signature)_
TOWN CLERK OF SHELTON

14
35

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*
ADA Notice — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented
   parties of record know that I have changed my address. My new address is below.

| | |
|---|---|
| Return date | January 14, 2018 |
| Docket number | AAN-CV-09-6001369-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
JPMorgan Chase Bank, National Association [PennyMac Holdings, LLC - Substituted Plaintiff] v. Johnny Ray Moore

☒ Judicial District  ☐ Housing Session  ☐ Small Claims  ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
14 West River Street, Milford, CT 06460

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
McCalla Raymer Leibert Pierce, LLC

Juris number of attorney or firm
101589

Mailing Address *(Number, street)* *(Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
50 Weston Street

Post office box

Telephone number *(Area code first)*
860-808-0606

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| Hartford | CT | 06120 | | CTCourtnotices@mccalla.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☒ The following Plaintiff(s) only:   U.S. Bank National Association, Not in it's individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify)*: _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney,
      firm or self-represented party on file (P.B. Sec. 3-8): _____
      *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▷ /s/ 410424 | Kevin Sandberg | 10 January 2019 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

See Attached

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▷ /s/ 410424 | Kevin Sandberg | 10 Jan 2019 | (860) 808-0606 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

36

# EXHIBIT _*C*_.

18 37

DOCKET NO.: AAN-CV-09-6001369-S : SUPERIOR COURT

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION : JUDICIAL DISTRICT OF
[PENNYMAC HOLDINGS, LLC - SUBSTITUTED PLAINTIFF] : ANSONIA/MILFORD

V. : AT MILFORD

JOHNNY RAY MOORE : MAY 18, 2018

## NOTICE OF IN REM RELIEF FROM AUTOMATIC STAY

The Plaintiff in the above-entitled action hereby gives notice that on January 12, 2018, the United

States Bankruptcy Court granted the Plaintiff Pennymac Holdings, LLC In Rem Relief from the

automatic stay which went into effect upon the filing of a bankruptcy petition. A copy of the Order is

attached hereto and made a part hereof. In addition, the Bankruptcy Court also dismissed the Bankruptcy

Action on January 12, 2018, with a one year bar from filing further motions. A copy of the Order is also

attached.

Plaintiff

By: ___427656_____

Joseph R. Dunaj, Esq.
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120
860-808-0606
Its Attorneys
Juris No. 101589

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

File: 002897F02

38

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on May 18, 2018 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served:

AAG Gary G. Williams

ATTY GEN-COLLECTIONS
PO BOX 120
HARTFORD, CT 06141

KEVIN PATRICK POLANSKY-kevin.polansky@nelsonmullins.com

HALLORAN & SAGE-rich@halloransage.com

Johnny Ray Moore

15 Sachem Drive

Shelton, CT 06484

427656
Joseph R. Dunaj
Attorney for the Plaintiff

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

File: 002897F02

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on May 18, 2018 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served:

AAG Gary G. Williams

ATTY GEN-COLLECTIONS
PO BOX 120
HARTFORD, CT 06141

KEVIN PATRICK POLANSKY-kevin.polansky@nelsonmullins.com

HALLORAN & SAGE-rich@halloransage.com

Johnny Ray Moore

15 Sachem Drive

Shelton, CT 06484

_____427656_____
Joseph R. Dunaj
Attorney for the Plaintiff

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

File: 002897F02

40

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CASE No. | 16-51133 (JAM) |
| JOHNNY RAY MOORE, | ) | | |
| | ) | CHAPTER | 13 |
| DEBTOR. | ) | | |
| | ) | RE: ECF Nos. | 220, 266 |

## ORDER GRANTING MOTION FOR
## *IN REM* RELIEF FROM AUTOMATIC STAY

On September 29, 2017, PennyMac Holdings, LLC, through its servicer, PennyMac Loan

Services, LLC ("PennyMac"), filed a Motion for *In Rem* Relief from the Automatic Stay (the

"Motion for *In Rem* Relief", ECF No. 220), regarding the Debtor's principal residence commonly

known as 15 Sachem Drive, Shelton, CT 06484 (the "Property"). On October 13, 2017, the

Debtor filed a Motion to Extend Time to File Objection to the Motion for *In Rem* Relief (the

"Motion to Extend Time", ECF No. 233). On October 25, 2017, the Court entered an Order

granting in part the Motion to Extend Time, ordering the Debtor to file an objection to the

Motion for *In Rem* Relief on or before November 8, 2017, and scheduling a hearing on the

Motion for *In Rem* Relief for November 14, 2017 (the "Order Granting In Part Motion to Extend

Time and Scheduling Hearing on Motion for *In Rem* Relief", ECF No. 240). On November 8,

2017, instead of filing an objection to the Motion for *In Rem* Relief, the Debtor filed a Motion

for Relief from the Order Granting In Part Motion to Extend Time and Scheduling Hearing on

Motion for *In Rem* Relief (the "Motion for Relief from the Order", ECF No. 256), requesting that

a hearing on the Motion for *In Rem* Relief be marked "off."

A hearing on the Motion for *In Rem* Relief was held on November 14, 2017. The Debtor

and counsel for PennyMac appeared at the hearing. During the hearing, the Court ordered: (i)

PennyMac must file an amended Motion for *In Rem* Relief by November 17, 2017 (the

"Amended Motion for *In Rem* Relief"); (ii) the Debtor must file a response to the Amended

Motion for *In Rem* Relief by December 1, 2017; (iii) a hearing to be held on the Amended

Motion for *In Rem* Relief on December 12, 2017 (the "November 14th Order"). On November

17, 2017, PennyMac filed an Amended Motion for *In Rem* Relief (the "Amended Motion for *In

Rem* Relief", ECF No. 266). On November 30, 2017, instead of filing an objection to the

Amended Motion for *In Rem* Relief, the Debtor filed a Motion to Extend Time to Comply with

the November 14th Order (the "Motion to Extend Time to Comply with November 14th Order",

ECF No. 281). Also on November 30, 2017, the Debtor filed: (i) an appeal of the Order

Overruling Objection to Claims No. 10 and 11 in the United States District Court for the District

of Connecticut (the "Notice of Appeal", ECF No. 272); a Motion for Leave to Appeal (the

"Motion for Leave to Appeal", ECF No. 273);[1] and (iii) a Motion for Stay Pending Appeal (the

"Motion for Stay Pending Appeal", ECF No. 274). On December 1, 2017, the Debtor filed a

Motion to Continue the December 12th hearing on the Amended Motion for *In Rem* Relief,

which was denied on December 6, 2017.

A hearing on the Amended Motion for *In Rem* Relief was held on December 12, 2017.

The Debtor did not appear at the December 12th hearing. Because the Debtor failed to appear at

the December 12th hearing, the Court continued the hearing on the Amended Motion for *In Rem*

Relief to December 14, 2017, the date set for the confirmation hearing on the Debtor's Chapter

13 Plan. The Debtor also failed to appear at the December 14th hearing. At the conclusion of the

December 14th hearing, the Court took the Amended Motion for *In Rem* Relief under

advisement.

---

[1] Claim No. 11 is the claim of PennyMac filed in the Debtor's pending Chapter 13 case.

After a review of: (i) the Debtor's conduct in and the record of the Debtor's prior bankruptcy case filed in 2012, Case No 12-51027; (ii) the Debtor's conduct in and record of the pending Connecticut Superior Court foreclosure action commenced against the Debtor in 2009, which record is contained in the Amended Motion for *In Rem* Relief; (iii) the Debtor's conduct in and record of the Debtor's pending Chapter 13 case filed in 2016; and (iv) the arguments advanced in the pleadings and at the hearings held in the Debtor's pending Chapter 13 case, in accordance with 11 U.S.C. § 362(d)(4)(B); it is hereby

ORDERED: The Amended Motion for *In Rem* Relief is **GRANTED** and PennyMac is granted *in rem* relief from the automatic stay as to the Property, based upon the findings that PennyMac's claim is secured by an interest in the Property; and that pursuant to § 362(d)(4)(B), the filing of the Debtor's pending Chapter 13 case was part of a scheme to delay, hinder, or defraud creditors that involved multiple bankruptcy filings affecting the Property; and it is further

ORDERED: In accordance with § 362(d)(4), if this Order is recorded in compliance with applicable state laws governing notices of interest or liens in real property, this Order shall be binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of this Order, except that the Debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after a notice and hearing. *See* § 102(1). Any federal, state or local governmental unit that accepts notice of interests or liens in real property shall accept a certified copy of this Order for indexing and recording; and it is further

ORDERED: The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and it is further



ORDERED: Pursuant to 11 U.S.C. § 1301(c), to the extent that the co-debtor stay in 11 U.S.C. § 1301(a) applies, it is hereby terminated; and it is further

ORDERED: At or before 5:00 p.m. on January 12, 2018, the Clerk's Office shall serve this Order upon the Debtor via the email address provided by the Debtor on his petition and via first class mail at 15 Sachem Drive, Shelton CT, 06484.

Dated at Bridgeport, Connecticut this 12th day of January, 2018.



Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut

# EXHIBIT _D_.

File an order :

16-51133 Johnny Ray Moore Debtor dismissed 01/12/2018

Type: bk                  Chapter: 13 v                    Office: 5 (Bridgeport)
Assets: y                 Debtor disposition: Dismissed    Judge: jam
                          for Other Reason

Case Flag: DebtEd, EXHIBITS,
APPEAL, BARRED

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 1/31/2018 at 1:09 PM EST and
filed on 1/31/2018
Case Name:      Johnny Ray Moore
Case Number:    16-51133
Document Number: 357

Docket Text:
ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S AMENDED MOTION
FOR RELIEF FROM JUDGMENT/ORDER (ECF No. 350). On January 23, 2018, the Debtor filed a
Motion for Relief from Judgment/Order under Fed. R. Bankr. P. 9024 (ECF No. 347). On January 24,
2018, the Debtor filed an Amended Motion for Relief from Judgment/Order under Fed. R. Bankr. P.
9024 ("Amended Motion", ECF No. 350) seeking, inter alia, to correct a clerical error in the Court's
Order dated January 12, 2018, which granted the Amended Motion for In Rem Relief from the
Automatic Stay filed by PennyMac Holdings, LLC ("PennyMac") (the "Order Granting In Rem Relief",
ECF No. 343). The Amended Motion brought to the Courts attention that on November 28, 2017, the
Debtor filed an appeal of this Court's Order Overruling the Debtor's Objection to Claims No. 10 and 11
in the United States District Court for the District of Connecticut (the "District Court") (ECF No. 272), a
Motion for Leave to Appeal (ECF No. 273), and a Motion for Stay Pending Appeal (ECF No. 274,
collectively with ECF No. 272 and ECF No. 273, the "Appeal"), but due to a clerical error, the Order
Granting In Rem Relief stated that the Appeal was filed on November 30, 2017. On January 26, 2018,
PennyMac filed an objection to the Debtor's Amended Motion. On January 26, 2018, the Debtor filed an
appeal of the Order Granting In Rem Relief, which is currently pending before the District Court. After
careful consideration of the arguments advanced in the pleadings, and in accordance with Fed. R. Civ. P.
60(a), made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9024; it is hereby

ORDERED: Pursuant to Fed. R. Civ. P. 60(a), the Debtor's Amended Motion is GRANTED solely to
correct a clerical error of the date on which the Appeal was filed contained in the Order Granting In
Rem Relief; and it is further

ORDERED: Pursuant to Fed. R. Civ. P. 60(a), the Debtor shall seek leave of the District Court to
amend the Order Granting In Rem Relief to contain the correct date on which the Appeal was filed; and
it is further

ORDERED: The remaining relief requested in the Amended Motion is DENIED; and it is further

ET 46

vforcella@huntleibert.com, bankruptcy@huntleibert.com

Peter R. Meggers on behalf of Defendant Chase Home Financing,LLC
meggers@halloransage.com

Peter R. Meggers on behalf of Defendant JP Morgan Chase Bank, NA
meggers@halloransage.com

Peter R. Meggers on behalf of Defendant Mortgage Electronics Registration Systems
meggers@halloransage.com

Roberta Napolitano
rnapolitano@ch13rn.com, courtalerts@ch13rn.com

Kevin P. Polansky on behalf of Defendant Mortgage Electronics Registration Systems
kevin.polansky@nelsonmullins.com, gerri.robillard@nelsonmullins.com

Kevin P. Polansky on behalf of Defendant PennyMac Loan Servicing, LLC
kevin.polansky@nelsonmullins.com, gerri.robillard@nelsonmullins.com

Brian D. Rich on behalf of Defendant Chase Home Financing,LLC
rich@halloran-sage.com, jackson@halloransage.com

Brian D. Rich on behalf of Defendant JP Morgan Chase Bank, NA
rich@halloran-sage.com, jackson@halloransage.com

Brian D. Rich on behalf of Defendant Mortgage Electronics Registration Systems
rich@halloran-sage.com, jackson@halloransage.com

Patrick J. Rosenberger on behalf of Creditor Ally Bank
pjr@smr-legal.com

Michael T. Rozea on behalf of Creditor Bank of America, N.A.
mrozea@leopoldassociates.com, ecf@leopoldassociates.com

Michael T. Rozea on behalf of Creditor JPMorgan Chase Bank, National Association
mrozea@leopoldassociates.com, ecf@leopoldassociates.com

Michael T. Rozea on behalf of Creditor Specialized Loan Servicing, LLC, as servicer for Bank of New
York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-
Backed Certificates, Series 2006-12
mrozea@leopoldassociates.com, ecf@leopoldassociates.com

Maria R. Salafto on behalf of Creditor Tower Lien, LLC
msalatto@marcuslawfirm.com

Linda St. Pierre on behalf of Creditor Bank of America, N.A.
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

ORDERED: At or before 5:00 p.m. on January 31, 2018, the Clerks Office shall serve this Amended Order upon the Debtor via the email address provided by the Debtor on his petition and via first class mail at 15 Sachem Drive, Shelton, CT 06484.

Signed by Chief Judge Julie A. Manning on January 31, 2018. (Senteio, Renee)

The following document(s) are associated with this transaction:

**16-51133 Notice will be electronically mailed to:**

Matthew K. Beatman on behalf of Creditor Hampshire House Condominium Association of Unit Owners, Inc.
MBeatman@zeislaw.com, r48520@notify.bestcase.com

Mark L. Bergamo on behalf of Creditor Tower Lien, LLC
mbergamo@marcuslawfirm.com

Mark L. Bergamo on behalf of Creditor US Bank, National association as Custodian for Tower DBW VI 2016-1 Trust
mbergamo@marcuslawfirm.com

John L. Cesaroni on behalf of Creditor Hampshire House Condominium Association of Unit Owners, Inc.
jcesaroni@zeislaw.com, swenthen@zeislaw.com

Patrick Crook on behalf of Trustee Molly T. Whiton
pcrook@ch13rn.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Patricia Davis on behalf of Creditor Specialized Loan Servicing LLC as servicer for The Bank of New York
pdavis@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

Patricia Davis on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York
pdavis@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

Joseph R. Dunaj on behalf of Creditor Bank of America, N.A.
jdunaj@huntleibert.com, bankruptcy@huntleibert.com

Joseph R. Dunaj on behalf of Creditor PENNYMAC HOLDINGS, LLC
jdunaj@huntleibert.com, bankruptcy@huntleibert.com

Juda J. Epstein on behalf of Creditor Water Pollution Control Authority for the City Of Bridgeport
contact@lawofficesjje.com

Victoria L. Forcella on behalf of Creditor JPMorgan Chase Bank, National Association

48

Linda St. Pierre on behalf of Creditor JPMorgan Chase Bank, National Association
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

Linda St. Pierre on behalf of Creditor PENNYMAC HOLDINGS, LLC
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

Linda St. Pierre on behalf of Creditor PennyMac Holdings, LLC by it's servicer PennyMac Loan
Services, LLC
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

16-51133 Notice will not be electronically mailed to:

BANK OF AMERICA, N.A.
P.O. Box 31785
TAMPA, FL 33631

BANK OF AMERICA, N.A.
P.O. Box 31785
TAMPA, FL 33631

BANK OF AMERICA, N.A.
P.O. Box 31785
TAMPA, FL 33631

BANK OF AMERICA, NA

City of New Haven Collector of Taxes
165 Church Street
New Haven, CT 06510

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484

THE BANK OF NEW YORK MELLON
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

49

# EXHIBIT E.

3T 50

BKAPP,EFILE,LEAD,SALM

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:18-cv-00317-AWT

In re: Moore

Assigned to: Judge Alvin W. Thompson

Case in other court: U.S. Bankruptcy Court, 16-51133

Cause: 28:0158 Notice of Appeal re Bankruptcy Matter

Date Filed: 02/21/2018

Jury Demand: None

Nature of Suit: 422 Bankruptcy Appeal (801)

Jurisdiction: Federal Question

**In Re**

**Johnny Ray Moore**

**Appellant**

**Johnny Ray Moore**          represented by  **Johnny Ray Moore**
Home
15 Sachem Drive
Shelton, CT 06484
203-395-4282
Email: greenenergyjrm@gmail.com
PRO SE

V.

**Notice**

**US Trustee**          represented by  **US Trustee**
U.S. Trustee Office
150 Court St., Room 302
New Haven, CT 06510-7016
203-773-2210
Email: ustpregion02.nh.ecf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Roberta Napolitano**          represented by  **Roberta Napolitano**
*Chapter 13 Trustee*                      Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Ave.
PO Box 9177
Bridgeport, CT 06601
860-278-9410
Email: rnapolitano@wwinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Crook**

Office of the Chapter 13 Trustee
10 Columbus Blvd.
Hartford, CT 06106
860-278-9410
Fax: 860-527-6185
Email: pcrook@mtwhiton.com
*ATTORNEY TO BE NOTICED*

**Appellee**

**Pennymac Loan Servicing, LLC**
*also known as*
Pennymac Holdings LLC

represented by　**Kevin P. Polansky**
Nelson Mullins Riley & Scarborough, LLP-MA
One Post Office Square - 30th Floor
Boston, MA 02109
6172174720
Fax: 617-573-4710
Email: kevin.polansky@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda J. St. Pierre**
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120
860-240-9156
Fax: 860-240-4256
Email: Linda.St.Pierre@mccalla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Specialized Loan Servicing LLC**
*Home Equity Loan PassThrough
Certificates, Series2007HSA2, U.S. Bank
National Assoc., as Trustee, successor in
interest to Bank of America, as Trustee,
successorby merger to LaSalle Bank
National Assoc., as Trustee*
*also known as*
Residential Funding Mortgage Securites II,
Inc.

**Interested Party**

Holley L. Claiborn

**Interested Party**

U.S. Trustee

**Interested Party**

Roberta Napolitano

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 02/21/2018 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 16-51133, filed by Johnny Ray Moore. (Attachments: # 1 Order #344)(Fanelle, Nicholas) (Entered: 02/22/2018) |
| 02/21/2018 | 2 | USBC Transmittal Form (Fanelle, Nicholas) (Entered: 02/22/2018) |
| 02/21/2018 | 3 | STANDING PROTECTIVE ORDER Signed by Judge Alvin W. Thompson on 2/21/2018.(Fanelle, Nicholas) (Entered: 02/22/2018) |
| 02/22/2018 | 4 | *Entry Doc #4 entered in error* (Fanelle, Nicholas). (Entered: 02/22/2018) |
| 02/23/2018 | 5 | NOTICE of Appearance by Patrick Crook on behalf of Roberta Napolitano (Crook, Patrick) (Entered: 02/23/2018) |
| 03/07/2018 | 6 | ENTERED IN ERROR -MOTION for Extension of Time to Submit Appellant Statement of Issues and the Designation of Items to be included in the Record in Support of its Appeal from the Bankrutpcy Court's Order No. 343 by Johnny Ray Moore. (Payton, R.) Modified on 3/8/2018 Entered on Incorrect Case (Payton, R.). (Entered: 03/08/2018) |
| 03/07/2018 | 7 | MOTION for Extension of Time to submit Appellant Statement of Issues and the Designation of Items to be included in the record in support of its Appeal from the Bankruptcy Court's Order No. 344 Dismissing the Appellant's Bankrutpcy Petition with prejudice by Johnny Ray Moore. (Payton, R.) (Entered: 03/08/2018) |
| 03/07/2018 | 8 | Appearance Self Represented Party by Johnny Ray Moore (Payton, R.) (Entered: 03/08/2018) |
| 03/16/2018 | 9 | No Designation/Agreed Statement: Filed by the Appellant for case 18-317(AWT)(RE:) 364 Notice of Appeal to District Court. (Fanelle, Nicholas) (Entered: 03/19/2018) |
| 08/17/2018 | 10 | Notice of Consolidation Signed by Clerk on 8/17/2018.(Enderlin, M.) (Entered: 08/17/2018) |
| 08/17/2018 | 11 | ORDER: Appellant's motion for extension of time (Doc. No. 7 ) is hereby GRANTED. The plaintiff shall submit his statement of issues and designation of items to be included in the record in support of his appeal by September 15, 2018, which will include not only the issues raised in this appeal, but also the issues originally raised in 3:18-cv-00161-AWT, which is now consolidated with this appeal. It is so ordered. Signed by Judge Alvin W. Thompson on 08/17/2018. (Cole-Chu, H.) (Entered: 08/17/2018) |
| 09/13/2018 | 12 | MOTION for Extension of Time from September 15, 2018 to October 15, 2018 to submit Appellant Statement of Issues and the Designation of Items by Johnny Ray Moore. (Payton, R.) (Entered: 09/14/2018) |
| 10/12/2018 | 13 | MOTION for Extension of Time until November 15, 2018 to Submit Appellant Statement of Issues and the Designation of Items to be included in the Support of its Appeal from the Bankruptcy Court's Order No. 34 and Order 344 re 1 Bankruptcy Appeal by Johnny Ray Moore. (Ferguson, L.) (Entered: 10/15/2018) |
| 11/01/2018 | 14 | Consent to Electronic Notice by Johnny Ray Moore (Fanelle, N.) (Entered: 11/05/2018) |
| 11/01/2018 | 15 | MOTION by self-represented litigant to participate in electronic filing by Johnny Ray Moore. Responses due by 11/22/2018. (Fanelle, N.) (Entered: 11/05/2018) |
| 11/07/2018 | 16 | ORDER: Motion by Self-Represented Litigant to Participate in Electronic Filing (ECF No. 15 ) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 11/07/18. (Patel, Ranit) (Entered: 11/07/2018) |
| 11/07/2018 | 17 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH |

COURTESY COPY REQUIREMENTS IN THIS ORDER.

SELF-REPRESENTED FILERS ARE REQUIRED TO COMPLY WITH THE JUDGE'S STANDARD ELECTRONIC FILING ORDER WHICH IS ATTACHED.
Signed by Judge Alvin W. Thompson on 11/7/18.(Ferguson, L.) (Entered: 11/08/2018)

| | | |
|---|---|---|
| 11/13/2018 | 18 | Fourth MOTION for Extension of Time until until December 15, 2018*Need to address the Transcript Orders* having issues with transcript order with Bankruptcy Court by Johnny Ray Moore. (Moore, Johnny) (Entered: 11/13/2018) |
| 11/15/2018 | 19 | ORDER: Appellant's Fourth Motion for an Extension of Time to Submit Appellant Statement of Issues and the Designation of Items to be Included in the Record in Support of its Appeal from the Bankruptcy Court's Order No. 343 and Order 344 (ECF No. 18 ) is hereby GRANTED. However, appellant filed his appeal on February 21, 2018 and should not have waited until November 5, 2018 to order his bankruptcy court transcripts. Thus, no further extensions will be granted. It is so ordered. Signed by Judge Alvin W. Thompson on 11/15/18. (Patel, R.) (Entered: 11/15/2018) |
| 11/26/2018 | 20 | ORDER: Appellant's Motion for an Extension of Time to Submit Appellant Statement of Issues and the Designation of Items to be Included in the Record in Support of its Appeal from the Bankruptcy Court's Order No. 343 and Order 344 (ECF No. 12 ) is hereby GRANTED, nunc pro tunc. It is so ordered. Signed by Judge Alvin W. Thompson on 11/26/18. (Patel, R.) (Entered: 11/26/2018) |
| 11/26/2018 | 21 | ORDER: Appellant's Second Motion for an Extension of Time to Submit Appellant Statement of Issues and the Designation of Items to be Included in the Record in Support of its Appeal from the Bankruptcy Court's Order No. 343 and Order 344 (ECF No. 13 ) is hereby GRANTED, nunc pro tunc. It is so ordered. Signed by Judge Alvin W. Thompson on 11/26/18. (Patel, R.) (Entered: 11/26/2018) |
| 12/15/2018 | 22 | First Statement of Material Facts re 18 Fourth MOTION for Extension of Time until until December 15, 2018*Need to address the Transcript Orders* having issues with transcript order with Bankruptcy Court filed by Johnny Ray Moore. (Moore, Johnny) (Entered: 12/15/2018) |
| 12/16/2018 | 23 | Designation of Items-BKY by Johnny Ray Moore re 1 Bankruptcy Appeal to be included in Record on Appeal. (Moore, Johnny) (Entered: 12/16/2018) |
| 12/19/2018 | 24 | Designation of Items-BKY by Johnny Ray Moore re 1 Bankruptcy Appeal to be included in Record on Appeal. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)(Moore, Johnny) (Entered: 12/19/2018) |
| 12/28/2018 | 25 | 24 Exhibit List by Johnny Ray Moore. (Attachments: # 1 Exhibit Transcript of hearing held on 01/03/2017, # 2 Exhibit Transcript of Hearing held on 01/10/2017, # 3 Exhibit Transcript of hearing held on 01/19/2017, # 4 Exhibit Transcript of hearing held on 05/16/2017, # 5 Exhibit Transcript of hearing held on 12/14/2017, # 6 Exhibit Transcript of hearing held on 01/10/2018, # 7 Exhibit Transcript of hearing held on 12/20/2012, # 8 Exhibit Transcript of hearing held on 01/15/2013, # 9 Exhibit Transcript of hearing held on 08/19/2014, # 10 Exhibit Transcript of hearing held on 08/20/2013, # 11 Exhibit Transcript of hearing held on 10/07/2014, # 12 Exhibit Transcript of hearing held on 05/13/2016) (Moore, Johnny) (Entered: 12/28/2018) |
| 12/28/2018 | 26 | Designation of Items-BKY by Johnny Ray Moore re 1 Bankruptcy Appeal to be included in Record on Appeal. (Moore, Johnny) (Entered: 12/28/2018) |
| 01/03/2019 | 27 | Designation of Items-BKY by Johnny Ray Moore re 1 Bankruptcy Appeal to be included |

in Record on Appeal. (Moore, Johnny) (Entered: 01/03/2019)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/24/2019 10:38:58 | | | |
| PACER Login: | godisgreat | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:18-cv-00317-AWT |
| Billable Pages: | 4 | Cost: | 0.40 |