FIRST-CLASS MAIL

$00.50⁰

Hasler
02/20/2020
US POSTAGE

ZIP 06604
011D12810739

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484