EXHIBIT C

| | |
|---|---|
| DOCKET NO.: FBT-CV-18-6076680-S | SUPERIOR COURT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | JUDICIAL DISTRICT OF FAIRFIELD |
| PLAINTIFF | AT BRIDGEPORT |
| VS | FEBRAURY 15, 2019 |
| JOHNNY RAY MOORE | |
| DEFENDANT | |

## DEFENDANT'S MOTION TO DISMISS
## LACK OF JURISDICTION OVER THE SUBJECT MATTER

NOW COMES Johnny Ray Moore, the above named Defendant, Pursuant to Connecticut Practice Book section 10-33. The Defendant seeks to have this Complaint dismissed on the following ground.

1. The Defendant claims that the Plaintiff complaint has no cause of action attached to the said return of service of the writ, summon and complaint.

2. The Defendant claims that no Certified Notice Pursuant to Connecticut General Statute Section 8-265ee, has been sent to the Defendant.

3. The Defendant claims that no default notice by the Plaintiff has been sent to the Defendant.

4. The Defendant claim all parties that may have an interest in the Mortgage Deed have not been named in the writ, summon and complaint.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

**MOTION IS A SECTION 11-11 PURSUANT TO THE PRACTICE BOOK**

5. The Defendant claim that no assignment of Mortgages pursuant to Connecticut General Statute Section 47-33 (c) is attached to the Complaint.

6. The Defendant claims that a copy of the electronic note has been attached to the Complaint.

7. The Defendant claims that the Plaintiff not met it prima facie requirement to have commenced this action.

**WHEREFORE**, the Defendant Prays for the Court to dismiss this Plaintiff's Complaint for lack of supporting documentation where by for Court to make finding of facts as to the extent of the Plaintiff Standing and liability.

Dated February 15, 2019

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT 06484
203-395-4282
johnnyraybanker@gmail.com

## ORDER

The foregoing Motion having been presented to the Court, after hearing had, it is

Hereby ORDER:

GRANTED/ DENIED

BY THE COURT

_____
Judge /Clerk

## CERTIFICATION

I hereby certify that a copy of the above Motion to Dismiss was mailed or electronic delivered on February 15, 2019, to the following party listed below:

Attorney William J. Davenport
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford CT 06120
203-808-0606
william.davenport@mccalla.com

Dated  February 15, 2019

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT 06484
203-395-4282
johnnyraybanker@gmail.com