| | ORDER 436945 |
|---|---|
| DOCKET NO: FBTCV186076680S | SUPERIOR COURT |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>V.<br>MOORE, JOHNNY RAY | JUDICIAL DISTRICT OF FAIRFIELD AT BRIDGEPORT<br>6/11/2019 |

## ORDER

ORDER REGARDING:
04/04/2019 120.00 OBJECTION TO MOTION

The foregoing, having been considered by the Court, is hereby:

ORDER: SUSTAINED

The Plaintiff's Objection, #120, to the Defendant's Motion to Dismiss, #115, is SUSTAINED. Defendant's Motion, #115, should be Denied, and would be Denied by the Court, for the reasons set forth in Plaintiff's Objection and Memorandum of Law, and Affidavit of Compliance with EMAP at #121and Exhibit, submitted in Support of that Objection, all found at line #129. The Court having had the opportunity to have reviewed these pleadings prior to today, as well as today, FINDS them to have merit and that they be SUSTAINED.

The Court notes that the Motion to Dismiss, #115, was also on the Court Calendar today, June 11, but the Defendant was not present. However, after the conclusion of the court proceeding, the Defendant's there was a notation of a new filing at line #121, which he had filed to withdraw his Motion to Dismiss at line #115. As this was not before the Court at the time of the Hearing, although appeared immediately thereafter, the court is NOT ENTERING A RULING ON #115. It does ACT on this, #120, as necessary to keep a complete record as to the Decision of the Court and to preserve the file Record appropriately, the Court having the matters set out at #120 before it for its consideration at a prior calendar, as well as today.

Judicial Notice (JDNO) was sent regarding this order.

436945

Judge: ALICE ANN BRUNO

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.