**EXHIBIT A**

DOCKET NUMBER: **NNHCV096004293S**
BAC HOME LOANS SERVICING L.P.
vs.
YARITZA GONZALEZ ET AL

JUDICIAL DISTRICT
OF NEW HAVEN

JUDGMENT DATE:
**Monday, April 09, 2012**

### Notice of Judgment of Strict Foreclosure

**Property Address:** 6 Carle Road, Branford

**Judgment of Strict Foreclosure is hereby entered as follows:**

| | |
|---|---|
| Debt: $282,235.94 | Appraisal Fee: $900.00 |
| Attorney Fees: $1,900.00 | Title Search Fee: $225.00 |
| Total: $284,135.94 | Fair Market Value: $195,000.00 |
| | Land: $60,000.00 |
| | Improvements: $135,000.00 |

LAW DAY SET FOR Monday, May 14, 2012, for the owner of the equity of redemption, and subsequent days for subsequent encumbrancers in the inverse order of their priorities.

BY THE COURT (**Zemetis, J.**)

*Copies sent Wednesday, April 11, 2012 to:*
HUNT LEIBERT JACOBSON PC; YARITZA
GONZALEZ

K Porter



ORDER   428419

DOCKET NO: NNHCV096004293S         SUPERIOR COURT

BAC HOME LOANS SERVI              JUDICIAL DISTRICT OF NEW HAVEN
   V.                                 AT NEW HAVEN
GONZALEZ, YARITZA ET AL
                                                                                                                                                                      4/9/2012

## ORDER

ORDER REGARDING:
03/29/12 111.00 MOTION TO SUBSTITUTE PARTY

The foregoing, having been heard by the Court, is hereby:

ORDER: GRANTED

                                                  428419
                                                Judge: TERENCE ZEMETIS
                                                Processed by: Kristy Porter

After recording please return to:
HUNT LEIBERT JACOBSON PC
50 Weston Street
Hartford CT 06120



## ASSIGNMENT OF MORTGAGE

POOL NUMBER _____

KNOW YE THAT **Mortgage Electronic Registration Systems, Inc. as Nominee for Mortgage Capital Associates, Inc.** ( Assignor"), having an office and place of business at 3300 SW 34th Avenue, Suite 101, Ocala, Florida 34474 ("Assignee") for the consideration of One Dollar and other valuable considerations, does hereby assign to **JPMorgan Chase Bank, National Association** ("Assignee"), having an address of 73 North Green Valley Parkway, Henderson, NV 89014, its successors, and assigns forever, all the right, title, interest, claim, and demand whatsoever as the said Assignor has or ought to have in or to a certain mortgage from Johnny Ray Moore to Mortgage Electronic Registration Systems, Inc. as Nominee for Mortgage Capital Associates, Inc. dated January 31, 2007 and recorded on February 01, 2007 in Volume 2997 at Page 250 of the Stratford Land Records, in or to the property described in said mortgage deed situated in the Town of Stratford, County of Fairfield and State of Connecticut, without warranty or representation by, or recourse to, said Assignor.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Assignee, its successors and assigns forever, so that neither the Assignor nor its successors, nor any other person under it or them shall hereafter have any claim, right or title in or to the premises, or any part thereof; but therefrom it is and they are by these presents forever barred and secluded.

IN WITNESS WHEREOF, on the 13th day of OCTOBER, 2009, said corporation has caused this deed to be executed and delivered, and its corporate seal to be hereto affixed in its behalf by _____Barbara Hindman_____, who is duly authorized and empowered.

Signed, sealed and delivered
In the presence of:

_____
Nina C. Munoz

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS
NOMINEE FOR MORTGAGE CAPITAL
ASSOCIATES, INC.

By Barbara Hindman

Its ___Vice President___

STATE OF ___Florida___ :
                            : ss.
COUNTY OF ___Duval___ :

On this 13th day of OCTOBER, 2009, b (WAMU)
Barbara Hindman to me known, who being by me d
that he/she is a ___Vice President___ of MERS, Inc., which ex
that he/she knows the seal of said corporation: that the seal affix
corporate seal, that it was so affixed by order of the Board of Director
he/she signed his/her name thereto by means of electronic process.

Rose Hunter
Notary Public
My Commission Expires:

ROSE HUNTER
Notary Public - State of Florida
My Comm. Expires Feb 1, 2013
Commission # DD 856913

PROPERTY:
10 Rosemary Drive
Stratford, CT 06615
Moore, Johnny Ray

Received for record: APR 1 4 2010
At 12:55 pm and recorded by me

Susan M. Pawluk, Town Clerk
Stratford

Reviewer ID: Carisa_Hall_2019-11-20_12:56:40