**Federal Rules of Appellate Procedure Form 5. Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court or a Bankruptcy Appellate Panel**

APR 15 2022 PM12:35
FILED - USDC - BPT - CT

United States District Court for the District of CONNECTICUT

In re MOORE ,
*Debtor*

JPMORGAN CHASE BANK, N.A. ,
*Plaintiff*

File No. 3:20-cv-00702 (SALM)

v.

JOHNNY RAY MOORE ,
*Defendant*

    Notice of Appeal to the United States Court of Appeals for the SECOND Circuit.

    JOHNNY RAY MOORE, DEFENDANT , the plaintiff (or defendant) or other party) appeals to the United States Court of appeals for the SECOND Circuit from the final judgment [or order or decree] of the district court for the District of CONNECTICUT (or bankruptcy appellate panel of the N/A Circuit), entered in this case on the _____ day of FEBRUARY 16 , 2022 (here describe the judgment, order, or decree) "ORDERS" Regarding Bankrutpcy Court Granting Relief from Stay in Rem .

    The parties to the judgment (or order or decree) appealed from and the names and addresses of their respective attorneys are as follows:

Dated: APRIL 15, 2022

Signed: *Johnny Ray Moore*
(Attorney for Appellant)

Address: 15 SACHEM DRIVE

SHELTON CT 06484

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]