**Federal Rules of Appellate Procedure Form 5. Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court or a Bankruptcy Appellate Panel**

APR 15 2022 PM 12:30
FILED - USDC - BPT - CT

United States District Court for the District of CONNECTICUT

In re MOORE,
*Debtor*

U.S. BANK, NATIONAL ASSOCIATION,
*Plaintiff*

File No. 3:20-cv-00705 (SALM)

v.

JOHNNY RAY MOORE,
*Defendant*

    Notice of Appeal to the United States Court of Appeals for the SECOND Circuit.

    JOHNNY RAY MOORE, DEFENDANT, the plaintiff (or defendant) or other party) appeals to the United States Court of appeals for the SECOND Circuit from the final judgment [or order or decree] of the district court for the District of CONNECTICUT (or bankruptcy appellate panel of the N/A Circuit), entered in this case on the ____ day of FEBRUARY 16, 2022 (here describe the judgment, order, or decree) Affirming the Dismissal of the Bankrutpcy Case with Prejudice & Sanctions.

    The parties to the judgment (or order or decree) appealed from and the names and addresses of their respective attorneys are as follows:

Dated: APRIL 15, 2022

Signed: *Johnny Ray Moore*
(Attorney for Appellant)

Address: 15 SACHEM DRIVE

SHELTON CT 06484

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]